# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PABLO SALINAS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>S&D MIDORI, INC. D/B/A MIDORI JAPANESE GRILL HQ, LLC; YS PROPERTIES, LLC; and DOES 1 through 10,<br><br>　　　　Defendants. | **Case No.: 2:18-cv-10461-CJC (JDEx)**<br>Assigned to Hon. Cormac J. Carney<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** |

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, all parties to bear their own fees and costs.

SO ORDERED.

DATED: June 17, 2019

_____
Honorable Cormac J. Carney
United States District Court Judge